# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| STACEY PRESLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number: |
| | ) | 2:16-cv-2012-JEO |
| JEFFERSON CAPITAL SYSTEMS, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A joint stipulation of dismissal with prejudice has been filed, signed by counsel for all parties who have appeared. (Doc. 21). Accordingly, this action is **DISMISSED WITH PREJUDICE**, with the parties to bear their own fees, costs, and expenses. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is **DIRECTED** to close the file.

**DONE**, this 20th day of December, 2017.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge